PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN FISSEL,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01030-BAM<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 3, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: October 4, 2022

NEWEL LAW

By  */s/ Melissa Newel*\*
(*as authorized via e-mail on October 4, 2022)
MELISSA NEWEL
Attorney for Plaintiff

## **ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **October 4, 2022**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE